AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

NATIONAL ELECTRICAL BENEFIT FUND )
_____ )
        *Plaintiff* )
        v. )   Civil Action No. DKC-10-3324
LATEC, LLC )
_____ )   *3:11mc68 (CFD)*
        *Defendant* )

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   March 14, 2011

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   05/02/2011

                                      *CLERK OF COURT*

                                    *[signature]*
                                  *Signature of Clerk or Deputy Clerk*

___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 1 4 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT ) <br> FUND, by its Trustees, Lindell K. Lee ) <br> and D.R. Borden, Jr., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LATEC, LLC, ) <br> a Connecticut limited liability company, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 8:10-cv-3324 (DKC) |

## JUDGMENT

Plaintiffs National Electrical Benefit Fund ("NEBF") and its Trustees Lindell K. Lee and D. R. Borden, Jr., having filed a motion for default judgment in the above-captioned matter, and the Court having reviewed the Plaintiffs' points and authorities, and upon the affidavits of Jennifer Bush Hawkins and Michael J. Reed, and other exhibits hereto, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure;

THE COURT NOW FINDS that 1) this action is brought under the Employee Retirement Income Security Act of 1974, as amended, to recover delinquent pension fund contributions from the Defendant, an employer obligated to make pension fund contributions on behalf of its participating employees, plus interest, liquidated damages, and attorneys' fees and costs; 2) Defendant was properly served with the Complaint on December 9, 2010; 3) Defendant's response to the Complaint was due to be filed on or before December 30, 2010, and the time within which Defendant could answer or otherwise defend has expired; 4) Defendant did not answer or otherwise defend; and 5) Defendant's default was entered by the clerk of the Court on January 26, 2010. 2011.

c/m to
Resident agent
+ D 3/14/2011

WHEREFORE, Plaintiffs' motion shall be granted in full and judgment shall be entered in Plaintiffs' favor. It is therefore hereby

ORDERED that a judgment in favor of the National Electrical Benefit Fund and against Defendant in the total amount of **$7,225.69**, which amount consists of delinquent contributions for the period August 2007 through December 2009 in the amount of $4,252.70, interest thereon in the amount of $1,087.27, liquidated damages in the amount of $858.32, and attorneys' fees and costs in the amount of $1,027.40; ~~and it is further~~

~~ORDERED that Plaintiffs are awarded reasonable attorneys' fees and costs incurred by the NEBF in connection with the enforcement of any judgment awarded in this action; and it is further~~

~~ORDERED that Defendant submit payroll reporting forms (or submit to an audit) for the period of January 2007 through the present, and that it tender to the NEBF any unpaid contributions, with interest, liquidated damages and the cost of any audit; and it is further~~

~~ORDERED that Plaintiffs are awarded any other such legal and/or equitable relief that the Court deems appropriate.~~

Date: March 14, 2011

_Deborah K. Chasanow_, Judge
United States District Court

2

I hereby attest and certify on 05/02/2011 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy